**Electronically Filed
Supreme Court
SCWC-18-0000130
05-OCT-2018
09:50 AM**

SCWC-18-0000130

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CITIMORTGAGE, INC.,
Respondent/Plaintiff-Appellee,

vs.

BESSIE LEE FREITAS PREGANA; BRIAN JOSEPH PREGANA, SR.,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000130; CIV. NO. 13-1-0755-03)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners Bessie and Brian Pregana's application for writ of certiorari, filed on August 28, 2018, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 5, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

